1012

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RAYMOND WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00449-5, Marilyn R. Sellers, J., entered August 19, 1996. *Affirmed* by unpublished per curiam opinion.

LINCOLN GREEN DEVELOPMENT, INC., *Appellant*, v. DOUGLAS W. CONNELLY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-2-00210-2, Steven J. Mura, J., entered September 20, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Webster, J.

THE STATE OF WASHINGTON, *Respondent*, v. NIKOLAI PETER GREFF, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-1-00005-0, Michael F. Moynihan, J., entered October 4, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.

BARBARA A. FRYE, *Respondent*, v. SANDRA JACK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-25159-7, Michael J. Trickey, J., entered November 4, 1996. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Becker, J.